Susan Didriksen
PO Box 1460
Shingle Springs, CA 95682
(530) 232-6119

CHAPTER 7 BANKRUPTCY TRUSTEE

FILED

11 SEP 13 AM 9:47

CLERK, U.S. BANKRUPTCY CT.
EASTERN DIST. OF CA.
SACRAMENTO, CA

# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### Sacramento DIVISION

In re:

**Steinberger, Marvane H.**

Debtor(s)

Case No. **10-20402**

Chapter 7

**TURNOVER OF UNCLAIMED DIVIDEND(S)**
[Bankruptcy Rule 3011]

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

Please find submitted herewith check number ___ in the amount of $143.72 representing the total amount of unclaimed dividend(s) in the above entitled estate. This amount is being paid over pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011. The names and addresses of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 1 | Enkeboll Designs<br>16506 Avalon Blvd<br>Carson, CA 90746 | 344.20 | 143.72 |
| | TOTAL CHECK AMOUNT: | | $143.72 |

Dated: August 31, 2011

Susan Didriksen, TRUSTEE